IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN RECONNU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:10-CV-0688 |
| ) | Jury Demand (12) |
| SERVICE MANAGEMENT SYSTEMS, INC. ) | Judge Campbell |
| and POWERS MANAGEMENT, LLC, ) | Magistrate Judge Griffin |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT POWERS MANAGEMENT, LLC'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Powers Management, LLC ("Powers"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Court to enter summary judgment in its favor on all claims against it. As grounds for this Motion, Powers respectfully submits that there is no genuine issue of material fact and that therefore it is entitled to judgment as a matter of law on all claims asserted against it. A memorandum of law in support of this motion for summary judgment is filed concurrently herewith. Additionally, Powers incorporates by reference and adopts all arguments set forth by Service Management Systems, Inc. in its Motion for Summary Judgment (Docket No. 24) and Memorandum in Support thereof (Docket No. 26). Powers also files the following in support of this Motion:

1. Statement of Undisputed Material Facts;

2. Appendix of unreported cases in support of the motion for summary judgment;

3. Deposition of John Reconnu, Volumes I and II; and

4. Deposition of Michelle Kennedy.

Respectfully submitted,

s/Ben H. Bodzy
Kenneth A. Weber (#15730)
Ben. H. Bodzy (#23517)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 1000
Nashville, TN 37201
(615) 726-5600
(615) 726-0464 (facsimile)

Attorneys for Defendant Powers Management, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June 2011, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system:

Donald D. Zuccarello
Anne Williams
LAW OFFICE OF DONALD D. ZUCCARELLO
3209 West End Avenue
Nashville, TN 37203

Harold Pinkley
Sarah Talley
MILLER & MARTIN, PLLC
Suite 1200, One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

s/Ben H. Bodzy
Ben H. Bodzy